UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Bouffard, James<br>Bouffard, Roxann<br><br>Debtors. | )<br>)<br>) Case No. 19-10085-EEB<br>) Chapter 7<br>)<br>) |

## STIPULATION TO TURNOVER TO TRUSTEE

Tom H. Connolly, Chapter 7 Trustee ("Trustee") and Debtor(s) hereby stipulate with respect to the bankruptcy estate's interest in certain property of the bankruptcy estate. Trustee and Debtor(s) stipulate as follows:

1. Debtor(s) agree to turnover to the Trustee a total of $1,280.00 as the value of the bankruptcy estate's interest in non-exempt assets consisting of non-exempt wages, bank account funds and non-exempt tax refunds

2. Debtor(s) agree to pay the $1,280.00 in eight monthly installments of $160.00 commencing on or before April 15, 2019 and continuing monthly thereafter until paid in full.

3. The payment(s) may be remitted in the form of a personal check, money order or cashiers' check made payable to Tom H. Connolly, Chapter 7 Trustee and mailed to 950 Spruce Street, Suite 1C, Louisville, CO 80027. Please include your case number with the payment.

4. Once executed, this Stipulation will be filed with the United States Bankruptcy Court, District of Colorado with a proposed order. Upon Court approval, this Stipulation will become an Order of the Court and Debtor(s) failure to comply with the terms set forth herein shall be deemed a failure to obey a Court Order.

5. This Stipulation does not affect Trustee's claims to any property that has not been scheduled by the Debtor or otherwise disclosed to Trustee.

WHEREFORE, Debtor(s) and Trustee hereby enter into this Stipulation as of the date indicated below.

Date: February 13, 2019.

_____
Debtor

_____
Debtor

APPROVED AS TO FORM:

_____
Attorney for the Debtor(s)

/s/ Tom H. Connolly
Tom H. Connolly, Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027
Telephone: (303) 661-9292
tom@clpc-law.com